

# IN THE
# TENTH COURT OF APPEALS

_____

## No. 10-19-00155-CV

## IN RE WOODBINE PRODUCTION CORP., LOIN ENERGY CORP., ACTIVA RESOURCES, LLC, FIVE STATES ENERGY CAPITAL FUND I, LLC, LARRY T. LONG, THE LONG TRUSTS, AND LONG PROPERTIES TRUST

_____

## Original Proceeding

## ORDER

Relators' motion for temporary relief was filed on May 17, 2019. Relators' motion for temporary relief is granted. *See* TEX. R. APP. P. 52.10(b). Accordingly, all activity in the trial court is stayed until further order of this Court or the disposition of this mandamus proceeding, whichever is earlier.


PER CURIAM

Before Chief Justice Gray,
    And Justice Neill
Motion for temporary relief granted
Order issued and filed May 17, 2019

